UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

KEVIN L. BINGHAM,

                Plaintiff,

    vs.

FRANK BISIGNANO, Commissioner
   of Social Security,

              Defendant.

Case No. CV-25-64-GF-JTJ

JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judgment is entered as stated in the Courts Order E.C.F. 17, signed and dated November 4, 2025.

      Dated this 4th day of December, 2025

            TYLER P. GILMAN, CLERK


            By:    /s/ Megan Stewart
                   Deputy Clerk